OFFICE OF THE CITY ATTORNEY
GARY VERBURG, City Attorney
State Bar No. 005515
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761

Shannon M. Bell, # 018403
Assistant City Attorney
Attorney for Defendant CITY OF PHOENIX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DARRELL TAYLOR, | NO. |
| Plaintiff(s), | **NOTICE OF REMOVAL** |
| vs. | |
| PHOENIX POLICE DEPARTMENT; MARICOPA SHERIFF'S DEPARTMENT, | |
| Defendants. | |

Defendant, City of Phoenix Police Department, by and through undersigned, and pursuant to 28 U.S.C. § 1441(b) and LRCiv 3.7, hereby notice the removal of the above referenced action commenced and now pending in the Superior Court of the State of Arizona, in and for the County of Maricopa entitled *Darrell Taylor, Plaintiff/Petitioner, vs. Phoenix Police Department; Maricopa County Sheriff's Department, Defendant/Respondent,* Civil Action No. CV2011-018702, and in support of removal asserts the following:

1. Petitioner is a Defendant in the Superior Court of the State of Arizona in and for the County of Maricopa under the caption DARRELL TAYLOR, Plaintiff, vs. PHOENIX POLICE DEPARTMENT; MARICOPA COUNTY SHERIFF DEPARTMENT, Defendants, Maricopa County Superior Court Case No. CV2011-

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

018702. Copies of the Complaint and all other documents previously filed in this matter are in Exhibit "A" of the Index filed simultaneously with this pleading.

2. The first date upon which Defendant received a copy of the Complaint was October 24, 2011, in which a copy was delivered to the Phoenix City Clerk.

3. Plaintiff has asserted a claim of excessive use of force and deliberate indifference to medical care.

4. This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(b).

5. A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendant. A true and correct copy of the Notice is in Exhibit "B" of the Index filed simultaneously with this pleading.

WHEREFORE, Defendant respectfully requests that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

DATED this 10th day of November, 2011.

    GARY VERBURG, City Attorney

    By    /s/ Shannon M. Bell
        Shannon M. Bell
        Assistant City Attorney
        200 West Washington, Suite 1300
        Phoenix, Arizona 85003-1611
        Attorneys for Defendant City of Phoenix

ORIGINAL of the foregoing E-filed with the court a copy mailed this 10th day of November, 2011, to:

Darrell Taylor
232 South 12th Avenue
Phoenix, AZ 85004
Plaintiff(s) Pro Per

By    /s/ C. Rivera
SMB:car, 940263_1.DOC